**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**UNITED STATES OF AMERICA,**
**ex rel. MICKEY HICKS** **PLAINTIFF**

**V.** **CAUSE NUMBER: 3:25-CV-138**

**MICHAEL COXEY, and**
**ASHLEY COXEY** **DEFENDANTS**

**JUDGMENT DISMISSING ACTION**
**BY REASON OF SETTLEMENT**

The Court has been advised that this action has settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

**IT IS ORDERED** that the action is **DISMISSED without prejudice**. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

SO ORDERED, this the 6th of November, 2026.

/s/ James D. Maxwell II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI